**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 06-7480**

―――――――――

JASON ASHANT'E FLOYD,

Plaintiff - Appellant,

versus

HAMPTON REGIONAL JAIL, Medical Department
(Dentist) (Name can't remember) black female,

Defendant - Appellee.

―――――――――

**No. 06-7481**

―――――――――

JASON ASHANT'E FLOYD,

Plaintiff - Appellant,

versus

CITY OF NEWPORT NEWS, Police Department, and
Police Officer (Miezel),

Defendant - Appellee.

―――――――――

Appeals from the United States District Court for the Eastern
District of Virginia, at Norfolk. Walter D. Kelley, Jr., District
Judge. (2:06-cv-00300-WDK; 2:06-cv-00301-WDK)

―――――――――

Submitted: December 14, 2006          Decided:  December 21, 2006

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jason Ashant'e Floyd, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Ashant'e Floyd appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaints. The district court dismissed the actions without prejudice because Floyd failed to provide the court with a current address. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Floyd v. Hampton Reg'l Jail</u>, No. 2:06-cv-00300-WDK (E.D. Va. filed Aug. 4, 2006 & entered Aug. 9, 2006); <u>Floyd v. City of Newport News</u>, No. 2:06-cv-00301-WDK (E.D. Va. Aug. 4, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>